**LAW OFFICES OF GABRIEL DEL VIRGINIA**
**Gabriel Del Virginia (GDV-4951)**
*Attorneys for the Defendant/Debtor.*
880 Third Avenue 13th Floor
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-372-0460
*gabriel.delvirginia@verizon.net*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

    ANTHONY J. GASSON,

                  Debtor.
----------------------------------------------------------------x
PREMIER CAPITAL, LLC,

                  Plaintiff,

   -against-

ANTHONY J. GASSON,
                  Defendant.
----------------------------------------------------------------x

Chapter 7

Case No. 12-23703 (RDD)

Adv. Pro. No.: 14-08217-rdd

**ANSWER TO COMPLAINT.** [1]

Defendant/Debtor, ANTHONY J. GASSON ("GASSON"), ("Defendant"), defendant herein, by his undersigned attorneys, the Law Offices of Gabriel Del Virginia for his answer to the Complaint of the above captioned Plaintiff says, upon information and belief:

**RESPONSE TO "JURISDICTION AND VENUE".**

1. Defendant admits the allegations set forth in Paragraphs "1-5" of the Complaint.

---
[1] Capitalized terms that are not defined have the meaning that is defined in the complaint in the instant adversary proceeding.

**PARTIES**

2. Defendant is without sufficient information to admit or deny the allegations as set forth in Paragraph "6" of the Complaint, and holds Plaintiff to its proofs.

3. Defendant admits the allegations in Paragraph "7" of the Complaint.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

**The Bankruptcy Case**

4. Defendant admits the allegations in Paragraphs "8-9" of the Complaint.

**Gasson's Obligations to Premier**

5. Defendant denies sufficient knowledge and information to admit or deny the allegations as set forth in Paragraphs "10-11" of the Complaint, and holds Plaintiff to its proofs. To the extent that the allegations in Paragraphs "10-11" or other allegations refer to documents, the Defendant respectfully invites the Court to refer to the subject documents for the contents thereof.

6. Defendant denies the allegations in Paragraph "12" of the Complaint.

**Formation of Soroban, Inc.**

7. Defendant denies the allegations as set forth in Paragraphs "13"-"20" of the Complaint.

**Operation of Soroban**

8. Defendant denies the allegations as set forth in Paragraphs "21"-"22" of the Complaint.

9. Defendant admits the allegations in Paragraph "23" of the Complaint.

10. Defendant denies the allegations set forth in Paragraph "24" of the Complaint.

11. Defendant admits the allegations in Paragraphs "25-27" of the Complaint.

12. Defendant denies the allegations set forth in Paragraphs "28-29" of the Complaint.

**E-Bikes by Revolve**

13. Defendant denies the allegations set forth in Paragraph "30" of the Complaint.

14. Defendant denies the allegations set forth in Paragraph "31" of the Complaint.

15. Defendant denies the allegations set forth in Paragraphs "32-37" of the Complaint.

**Premier's Investigation of the Debtor and Extension of Premier's Time to Object to the Debtor's Discharge**

16. Defendant admits the allegations set forth in Paragraphs "38-39" of the Complaint.

17. Defendant denies sufficient knowledge and information to admit or deny the allegations as set forth in Paragraph "40" of the Complaint, and holds Plaintiff to its proofs.

18. Defendant admits the allegations set forth in Paragraph "41" of the Complaint.

19. Defendant denies the allegations set forth in Paragraph "42" of the Complaint.

### RESPONSE TO "FIRST CAUSE OF ACTION"

20. Defendant repeats and realleges his responses as set forth in the paragraphs hereinabove as if set forth fully herein.

21. Defendant denies the allegations as set forth in Paragraphs "44"-"52" of the Complaint are conclusions of law to which no response is required.

### RESPONSE TO "SECOND CAUSE OF ACTION"

22. Defendant repeats and realleges his responses as set forth in the paragraphs hereinabove as if set forth fully herein.

23. Defendant admits the allegations in Paragraph "54" of the Complaint.

24. Defendant denies the allegations as set forth in Paragraphs "55"-"62" of the Complaint.

### RESPONSE TO "THIRD CAUSE OF ACTION"

25. Defendant repeats and realleges his responses as set forth in paragraphs hereinabove as if set forth fully herein.

26. Defendant denies sufficient knowledge and information to admit or deny the allegations as set forth in Paragraph "64" of the Complaint, and holds Plaintiff to its proofs. To the extent that the allegations in

4

Paragraph "64" or other allegations refer to documents, the Defendant respectfully invites the Court to refer to the subject documents for the contents thereof.

27. Defendant denies the allegations as set forth in Paragraphs "65"-"72" of the Complaint.

## AFFIRMATIVE DEFENSES

### FOR A FIRST AFFIRMATIVE DEFENSE.

28. The Complaint fails to state a claim upon which relief may be granted.

**WHEREFORE**, the Defendant, respectfully requests that this Court enter a judgment in his favor:

(a) dismissing, with prejudice, Plaintiff's Complaint in its entirety, as to all claims for relief therein, and

(b) granting the Defendant, such other and further relief as is appropriate.

Dated: June 16, 2014
       New York, New York

                                LAW OFFICES OF GABRIEL DEL VIRGINIA
                                Attorneys for Debtor/Defendant
                                ANTHONY J. GASSON

                           By: /s/*Gabriel Del Virginia,*
                                Gabriel Del Virginia, Esq.
                                880 Third Avenue
                                13th Floor
                                New York, New York 10022
                                (212) 371-5478