**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>ANTHONY J. GASSON,<br><br>                                        Debtor. | Case No. 12-23703 (RDD)<br><br>Chapter 7 |
| PREMIER CAPITAL, LLC,<br><br>                                        Plaintiff,<br><br>vs.<br><br>ANTHONY J. GASSON,<br><br>                                        Defendant. | Adv. Pro. No. 14-8217 (SHL) |

## AMENDED SCHEDULING ORDER

Upon the joint request of plaintiff, Premier Capital, LLC, and Defendant, Anthony J. Gasson, to amend the Court's October 29, 2014 Amended Scheduling and Pre-Trial Order (the "Scheduling Order"), and for good cause shown;

**IT IS HEREBY ORDER** that the Scheduling Order is amended and modified as follows:

1. Fact discovery shall be completed no later than March 31, 2015.

2. Expert discovery shall be completed by June 30, 2015, as provided herein:

    a. Expert disclosures pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a)(2) shall be made by April 7, 2015;

    b. Affirmative expert reports shall be produced by April 31, 2015;

    c. Reply expert reports shall be produced by May 30, 2015;

    d. Expert depositions shall be completed by June 30, 2015.

3. In the event of a dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do

so, they are unable to resolve a discovery issue, they shall promptly inform the Court by letter ***of no more than two pages*** of the nature of the dispute and request a telephonic discovery conference. At the conference, the Court will ask the parties about their prior efforts to resolve the dispute.

4. Summary judgment motions, if any, shall be filed no later than sixty (60) days after the completion of expert discovery. Any such motion shall be in accordance with Fed. R. Bankr. P. 7056 and Southern District of New York Local Bankruptcy Rule 7056-1.

5. The Court shall **cancel** the previously scheduled status conference in this matter on January 9, 2015 at 10:30 a.m., and the next status conference in this matter shall be held on **April 10, 2015 at 10:30 a.m.**

6. Trial shall commence on a date to be set by the Court in consultation with the parties.

7. The time periods and limitations set forth herein may be expanded upon application of any party, for good cause shown.

**SO ORDERED:**

Dated: January 7, 2015
New York, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge