UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 7

ANTHONY J. GASSON,                                       Case No. 12-23703 (RDD)

                        Debtor.
-----------------------------------------------------------x
PREMIER CAPITAL, LLC,

                        Plaintiff,

v.                                                                         Adv. Pro. No. 14-08217 (SHL)

ANTHONY J. GASSON,

                        Defendant.
-----------------------------------------------------------x

## REPORT OF MEDIATOR

A mediation session was held on June 7, 2016 from 10:00 a.m. to 3:00 p.m. in the above-referenced adversary proceeding. The mediation has been concluded and has not resulted in a resolution of the matters in dispute.

Dated: New York, New York
        June 7, 2016

                                              *s/ Mary Kay Vyskocil*
                                        **HONORABLE MARY KAY VYSKOCIL**
                                        **UNITED STATES BANKRUPTCY JUDGE**